USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/05 (AD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GERALD COBBS,           :          05 Civ. 1050 (SHS)

        Plaintiff,        :

      -against-         :          ORDER

GOLDEN, WEXLER & SARNESE, P.C.,     :

       Defendant.       :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In a Report and Recommendation dated June 20, 2005, Magistrate Judge Andrew J. Peck recommended that plaintiff's complaint be dismissed without prejudice for failure to timely serve it pursuant to Fed. R. Civ. P. 4(m). As of today, the Court's records indicate that no objections have been filed by plaintiff, who is represented by counsel. Accordingly,

After a *de novo* review of Magistrate Judge Peck's Report and Recommendation dated June 20, 2005,

IT IS HEREBY ORDERED that Magistrate Judge Peck's "Report and Recommendation" is adopted by this Court, and plaintiff's complaint is dismissed without prejudice for failure to timely serve it pursuant to Fed. R. Civ. P. 4(m).

Dated: New York, New York
        July 11, 2005

SO ORDERED:

Sidney H. Stein, U.S.D.J.

Returned to chambers for scanning on 7/15/05 (MBE)
Scanned by chambers on 7/6/05